IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALENA M TAVERNITI and MARAINA ARIK,<br><br>         Plaintiffs,<br><br>  v.<br><br>JO ANNE B BARNHART,<br>Commissioner of Social Security,<br><br>         Defendant. | No. C-04-04932 SBA (EDL)<br><br>**ORDER GRANTING IN LIMITED PART ONLY PLAINTIFF'S MOTION TO COMPEL TRANSCRIPT OF ADMINISTRATIVE RECORD** |

On October 3, 2005, this Court denied Plaintiffs' earlier Motion for an Order Compelling Defendant to Produce the Complete Transcript of the Administrative Record, but ordered that

> [t]o the extent that Plaintiffs, in good faith, seek to bring before the Court certain documents that they believe are necessary to evaluate their exhaustion of administrative remedies (but not the merits of the Administrative Law Judge's decision to deny Plaintiff Taverniti's request for a 91-5p hearing, nor the existence of Plaintiffs' alleged mental impairment), Plaintiffs may request from Defendant that she file particular documents, identifying them with as much specificity as possible.

Plaintiff Taverniti then requested a number of specific categories of documents from her Administrative Record, including "[a]ll Agency notices and/or denials of claims for benefits including computer records of same dated prior to July 1, 1991." Motion at 2. When Defendant failed to produced the requested documents, Plaintiff moved to compel a second time. In its Opposition, Defendant did not object to producing the documents, but requested additional time to ascertain whether the documents existed. During the hearing, Defendant's counsel stated that Defendant had found the responsive documents and already had produced them to Plaintiff's counsel. Plaintiff's counsel confirmed that he had received a number of documents, but remained

unsatisfied with the production because it did not include certain "Agency notices" of which he was aware. After explaining that Defendant did not construe Plaintiff's request to encompass any notices that only partially denied disability benefits, Defendant reiterated that it did not object to producing these documents. Because Defendant does not object to producing them, the Court GRANTS IN LIMITED PART Plaintiff's Motion to Compel and orders that Defendant produce to Plaintiff within thirty days all partial denials dated prior to July 1, 1991 in Plaintiff Taverniti's Administrative Record.

While it is possible that other documents Plaintiff has requested might be relevant to the exhaustion of administrative remedies, Plaintiff failed to explain how the documents were necessary to evaluate this issue. Accordingly, the Court denies the remainder of Plaintiff's Motion to Compel. Defendant also pointed out that Plaintiff may request her entire file under the Privacy Act. Finally, to the extent that Plaintiff is concerned about authentication of the documents already in her possession, the parties should be able to reach a stipulation.

**IT IS SO ORDERED.**

Dated: February 1, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge