IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DALENA M. TAVERNITI and MARAINA ARIK,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL No.: C 04-04932 SBA (EDL)<br><br>STIPULATION OF SATISFACTION OF ORDER GRANTING IN LIMITED PART PLAINTIFF'S MOTION TO COMPEL TRANSCRIPT OF ADMINISTRATIVE RECORD<br><br>& ORDER |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that the attached Exhibit A satisfies the Court's Order filed February 2, 2006 granting, in limited part, Plaintiff's motion to compel.

    The list of records of Exhibit A, which are documents for Ms. Taverniti from the administrative record, are as follows:

1. September 21, 1981 letter from Mark Levy, M.D. to David Buccheri – 2 pages
2. SSA notice and favorable decision dated August 9, 1982 – 7 pages
3. Award Certificate dated January 3, 1983 – 3 pages
4. November 27, 1984 letter from Howard Siedler, M.D. to David Buccheri – 3 pages
5. April 19, 1985 letter from David Buccheri to Ramona Tyler – 1 page
6. SSA notice dated June 7, 1986 – 1 page
7. SSA notice dated January 30, 1990 – 2 pages
8. SSA notice dated March 4, 1990 – 2 pages
9. SSA notice dated April 3, 1990 – 2 pages
10. SSA notice dated August 29, 1990 – 1 page
11. SSA notice dated December 8, 1990 – 2 pages
12. SSA notice dated May 25, 1991 – 2 pages
13. SSA notice dated June 17, 1991 – 2 pages
14. October 24, 1994 psychological report from Jay Danzig, Ph.D. – 6 pages
15. July 27, 2003 psychological evaluation from Michael Venard, Ph.D – 7 pages
16. Computer records of all Agency notices and/or denials of claims for benefits dated prior to July 1, 1991
17. Computer record of November 7, 1989

Respectfully submitted,

Dated: March 10, 2006

Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: March 10, 2006

___Signed /Sara Winslow_____
SARA WINSLOW
ASSISTANT U.S. Attorney
  And Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

(Plaintiff efiled this stipulation on April 6, 2006)

Dated: ~~March            , 2006~~
        April 10, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte

_____
ELIZABETH D. LAPORTE
United States District  Magistrate Judge

TVERNITI ETAL., STIP.SATISFACTION OF DISCOVERY ORDER
C 04-04932 SBA (EDL)