| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile:  (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| DALENA M. TAVERNITI,<br>MARAINA ARIK, | ) <br> ) <br> ) | |
| Plaintiffs, | ) | CIVIL NO.  04-04932 SBA (EDL) |
| v. | ) <br> ) | STIPULATION AND ORDER EXTENDING<br>DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART, | ) | RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, | ) <br> ) | MOTION TO COMPEL<br>(AS MODIFIED) |
| Defendant. | ) <br> ) | |

     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 14 days in which to file her response to plaintiff's motion to compel. Defendant's response was due on August 7, 2006. Defendant's response is now due on ~~August 21, 2006~~. August 22, 2006. Plaintiff's reply is now due on August 29, 2006. The hearing will take place on September 12, 2006 at 9:00 a.m. in Courtoom E.

///

///

///

///

///

This is defendant's first request.

Dated: July 27, 2006  /s/
IAN M. SAMMIS
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: July 31, 2006  By:  /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: August 1, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte

~~SAUNDRA BROWN ARMSTRONG~~
~~United States District Judge~~
ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE

TAVERNITI/ARIK, EXT. (ss)
C 04-04932 SBA                   2