IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALENA M. TAVERNITI and MARAINA ARIK,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JO ANNE B. BARNHART, Commissioner, Social Security Administration<br><br>　　　　Defendant.<br>_____/ | No. C-04-04932 SBA (EDL)<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL ARIK ADMINISTRATIVE RECORD** |

　　　　Finding this matter appropriate for decision without oral argument, the Court took Plaintiffs' Motion for an Order Compelling Defendant to Produce the Complete Transcript of the Arik Administrative Record ("Motion to Compel") under submission and vacated the hearing scheduled for September 12, 2006.

　　　　In their Complaint, Plaintiffs only sought to compel Defendant Social Security Administration to hold 91-5p hearings. See Docket No. 1. Since the filing of the Complaint, Defendant granted Plaintiff Arik a 91-5p hearing. See Motion to Compel at 6. Arik's Complaint thus appears to be moot. Recognizing this problem, Plaintiff filed a first amended complaint concurrently with her Reply in support of the Motion to Compel. However, because Defendant filed a motion to dismiss on March 1, 2005 (Docket No. 9), Plaintiff may only file an amended complaint by stipulation of the parties or by leave of Court. See Fed. R. Civ. P. 15(a). As far as the Court can determine from reviewing the docket, Plaintiff obtained neither a stipulation from Defendant nor leave of Court, so the original Complaint remains the operative Complaint. Because the Motion to Compel appears to be moot, it is hereby DENIED.

1  The Court notes that Social Security cases are governed by this District's Procedural Order
2 for Social Security Review Actions, which does not require a defendant to file the administrative
3 record until it *answers* the complaint.  See Docket No. 2; see also Civ. L.R. 16-5.  At this point, the
4 Court does not address whether Plaintiffs might be entitled to any discovery based on their
5 allegations of a constitutional violation.  Nor does the Court reach any issue pertaining to Plaintiff
6 Taverniti's records, as these records was not addressed by Plaintiffs in their moving papers.  Finally,
7 the Court notes that any questions regarding jurisdiction must be directed to the District Court,
8 rather than to the discovery judge.

10 **IT IS SO ORDERED.**

12 Dated: September 8, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge