**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DALENA M. TAVERNITI, *et al.*, | No. C 04-04932 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket Nos. 57, 58] |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The briefing schedule established by Court, in its Order dated March 31, 2008 (the "Order") [Docket No. 57], contained an error, as it only provided 14 days, rather than 28 days, for plaintiff Maraina Arik to file a Second Amended Complaint [Docket No. 58]. Therefore, the Court modifies the briefing schedule in the Order, as follows. Because Arik already filed a Second Amended Complaint based on the dates indicated in the Order, the Court gives her until April 28, 2008 to file a *Third* Amended Complaint, addressing *only* her first and third claims. Alternatively, she may do nothing, and proceed forward on her Second Amended Complaint. Either way, defendant shall have until May 12, 2008 to either (i) answer Arik's operative complaint; or (ii) respond by motion to her operative complaint, but *only* in regards to Arik's third claim. All other provisions of the Order not modified by this order shall remain in full force and effect.

IT IS SO ORDERED.

April 18, 2008

_____
Saundra Brown Armstrong
United States District Judge