**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DALENA M. TAVERNITI, *et al.*, | No. C 04-04932 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 61] |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

On April 25, 2008, Plaintiff Dalena M. Taverniti filed a Motion to Alter or Amend (the "Motion") [Docket No. 61] this Court's Order issued on March 31, 2008 [Docket No. 57]. Defendant Michael J. Astrue, Commissioner of Social Security Administration, has 14 days from the date of this Order to file an opposition or other response, if any. Plaintiff has 5 days from the date defendant files his opposition or other response, to file a reply or other response. Federal Rule of Civil Procedure 6(a)(2) shall not apply to this briefing schedule. Unless the Court notifies the parties otherwise, no hearing will be set for the Motion, as the Court will consider the matter submitted on the pleadings, when the reply is filed.

IT IS SO ORDERED.

May 15, 2008

_____
Saundra Brown Armstrong
United States District Judge