**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

MARAINA ARIK,

    Plaintiffs,

  v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

No. C 04-04932 SBA

**ORDER**

Plaintiff Maraina Arik has filed a Motion and Application for Award of Attorney's Fees and Costs under the Equal Access to Justice Act [28 U.S.C. § 2412(d)] [Docket No. 80]. As this is a Social Security Appeal, the Court does not require that motions be noticed for hearings as a matter of course. As such, the Court sets the following briefing schedule. Defendant's opposition, if any, shall be due on or before February 10, 2009. Plaintiff's reply, if any, shall be due on or before February 17, 2009. The Court shall consider the matter submitted on the pleadings.

IT IS SO ORDERED.

January 6, 2009

_____
Saundra Brown Armstrong
United States District Judge