IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARAINA ARIK,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL C. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL No.: C 04-04932 SBA<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF EQUEST FOR EAJA FEES |

      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Arik may have an extension of 10 days in which to file her reply to Defendant's Opposition to her request for EAJA fees. The Parties have met and conferred on a stipulated settlement but are unable to reach a settlement. Given the additional allegations contained in Defendant's opposition brief and Plaintiff's Counsel attendance to an out-of-state conference of Social Security disability plaintiff's counsel from the Ninth Circuit from February 18, 2009 till February 24, 2009, the parties have agreed, subject to the approval of the Court, that Plaintiff's response is due on Friday, February 27, 2009, pursuant to Civil L.R. 16-5.

///

///

ARIK, EXT.REPLY TO DEFENDANT'S OPPOSITION TO EAJA FEES
C 04-04932 SBA

Dated: February 17, 2009

<u>S/Ian M. Sammis/</u>
IAN M. SAMMIS
Attorney for Plaintiff

Dated: February 17, 2009

<u>S/Leo R. Montenegro/</u>
Leo Rufino Montenegro
Special Assistant United States Attorney
and Attorney for Defendant

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 20, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

ARIK, EXT. REPLY TO DEFENDANT'S OPPOSITION TO EAJA FEES
C 04-04932 SBA