UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARAINA ARIK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　Defendant. | Case No:  C 04-4932  SBA<br><br>Related to:  C 08-5564 SBA<br><br>**JUDGMENT** |

　　　In accordance with the Court's Order Accepting Report and Recommendation of Magistrate Judge,

　　　IT IS HEREBY ORDERED THAT Plaintiff is entitled to judgment in the amount of $11,318.19.

　　　IT IS SO ORDERED.

Dated:  June 21, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge